# United States Bankruptcy Court
## Southern District of Florida

In re  **Eugenio Barbaro Perez**
**Jerrie Christine Mckibben-Perez**
                                                                                                      Case No.  **14-20797**
                                                        Debtor(s)                                     Chapter   **13**

# MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **May 9, 2014**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

3. Debtor will not be able to retain property through LMM program in chapter 13 since income is not high enough.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **August 1, 2014**            Signature  **/s/ Eugenio Barbaro Perez**
                                              **Eugenio Barbaro Perez**
                                              Debtor

Date **August 1, 2014**            Signature  **/s/ Jerrie Christine Mckibben-Perez**
                                              **Jerrie Christine Mckibben-Perez**
                                              Joint Debtor

Attorney  **/s/ Vanessa Gonzalez-Vinas, PA**
          **Vanessa Gonzalez-Vinas, PA**

**Law Office of Vanessa Gonzalez-Vinas, PA**
**8900 SW 117th Ave**
**Ste 201-B**
**Miami, FL 33186**
**305-595-0955**
**Fax: 888-308-1715**
**ecf@vgvlaw.com**